1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOAPA BAND OF PAIUTES and<br><br>SIERRA CLUB<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>RON WENKER, Nevada State Director for the Bureau of Land Management, and<br><br>KEN SALAZAR, Secretary of the United States Department of the Interior,<br><br>Defendants. | CASE NO. 2:10-CV-02021-KJD-LRL |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit John S. Most to practice before this honorable Court during the period of his employment as a government attorney.

. . .

Mr. Most is an attorney with the Department of Justice, Environment and Natural Resources Division, an agency of the federal government. He is a member in good standing of the Virginia State Bar (No. 27176). The attorney contact information is as follows:

>John S. Most
>John.Most@usdoj.gov
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 663 Washington, D.C. 20044-0663
>202-616-3353 (voice), 202-305-0274 (fax)
>
>*Express Deliveries:*
>601 D Street N.W. Room 3536,
>Washington D.C. 20004

Accordingly, the United States respectfully requests that an order be issued allowing John S. Most to practice before this honorable Court during the period of his employment as a government attorney.

DATED this 19th day of January, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: 1/24/11

2