IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JOHN S. MOST, Trial Attorney
Natural Resources Section
P.O. Box 663, Washington, D.C.  20044
202-616-3353, fax 202-305-0274
*John.Most@usdoj.gov*

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH, Assistant U.S. Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada   89101
702-388-6336, fax 702-388-6787
Blaine.Welsh@usdoj.gov

*Counsel for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MOAPA BAND OF PAIUTES and <br><br> SIERRA CLUB <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> KEN SALAZAR, Secretary of the United States Department of the Interior, and <br><br> AMY LEUDERS, Acting Nevada State Director for BLM[1/] <br><br> Federal Defendants. | CASE NO. 2:10-cv-2021-KJD-LRL <br><br><br> UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT <br> (first request) |

---

[1/] Pursuant to Fed. R. Civ. P. 25(d)(1), Amy Leuders, Acting Nevada State Director for BLM, successor to named defendant Ron Wenker, is automatically substituted as a party.

Pursuant to Fed. R. Civ. P. 6(b)(1), Federal Defendants hereby request a 21-day enlargement of time, to February 14, 2011, for their response to the complaint in this action, filed on November 18, 2010, and served on November 24, 2010. Docket Entry No. 1. The response to the complaint is presently due January 24, 2011. Plaintiffs, through counsel, have indicated they do not oppose this enlargement. Federal Defendants have not previously requested an enlargement of time for their response to the complaint.

In support of this request, Federal Defendants note that the undersigned received the assignment in this case in mid-December, in the middle of a heavy briefing schedule and prior court deadlines in other cases, which extended into January. Due to the press of business, both at the Justice Department and at the Department of the Interior, additional time is needed to complete Federal Defendants' response. For these reasons, we respectfully request that the Court enter an order enlarging the time for Federal Defendants' response to the complaint by 21 days, to February 14, 2011.

January 21, 2011.

        IGNACIA S. MORENO
        Assistant Attorney General

          /S/ John S. Most
        JOHN S. MOST, Virginia Bar # 27176
        Trial Attorney, U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663 Washington, D.C. 20044-0663
        202-616-3353, fax 202-305-0274
        john.most@usdoj.gov

        DANIEL G. BOGDEN
        United States Attorney
        BLAINE T. WELSH
        Assistant United States Attorney
        Nevada Bar No. 4790
        United States Attorney's Office

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

333 Las Vegas Boulevard South Suite 5000
Las Vegas, Nevada 89101
702-388-6336

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/24/11