E. Leif Reid
**Lewis and Roca LLP**
50 West Liberty St., Suite 410
Reno, Nevada 85901
(775) 321-3415
(775) 823-2929 (fax)
lreid@lrlaw.com

Daniel J. Dunn, *Pro Hac Vice* Pending
Jennifer L. Biever, *Pro Hac Vice* Pending
Aaron M. Paul, *Pro Hac Vice* Pending
**Hogan Lovells US LLP**
1200 17th Street, Suite 1500
Denver, Colorado 80202
(303) 899-7300
(303) 899-7333 (fax)
dan.dunn@hoganlovells.com
jennifer.biever@hoganlovells.com
aaron.paul@hoganlovells.com

*Attorneys for Proposed Intervenor-Defendant
Nevada Power Company*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| MOAPA BAND OF PAIUTES and SIERRA CLUB, | 2:10-CV-02021-KJD-(LRL) |
| Plaintiffs, | |
| vs. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| NEVADA POWER COMPANY, | |
| Proposed Intervenor-Defendant. | |

**ORDER GRANTING INTERVENOR-DEFENDANT NEVADA POWER COMPANY'S MOTION TO INTERVENE**

- 1 -

128927-1

\\DE - 031485/000009 - 481313 v1

| | |
|---|---|
| 1 | UPON CONSIDERATION of Proposed Intervenor-Defendant Nevada Power |

UPON CONSIDERATION of Proposed Intervenor-Defendant Nevada Power Company's Motion to Intervene and memorandum of points and authorities and attached declaration in support thereof, and for good cause shown, it is hereby ORDERED that Proposed Intervenor-Defendant Nevada Power Company's Motion to Intervene is GRANTED. Nevada Power Company is hereby accorded full party status as a defendant in this case and Intervenor-Defendant Nevada Power Company's Answer to Complaint for Declaratory and Injunctive Relief is hereby deemed to be filed.

Dated this 24th day of February, 2011.

_____
Hon. Kent J. Dawson

Submitted by:

/s/ E. Leif Reid
Lewis and Roca LLP
50 West Liberty St., Suite 410
Reno, Nevada 85901
(775) 321-3415
(775) 823-2929
LReid@LRLaw.com

Daniel J. Dunn, *Pro Hac Vice* Pending
Jennifer L. Biever, *Pro Hac Vice* Pending
Aaron M. Paul, *Pro Hac Vice* Pending
Hogan Lovells US LLP
1200 17th Street, Suite 1500
Denver, Colorado 80202
303 899 7300
303 899 7333 (fax)
dan.dunn@hoganlovells.com
jennifer.biever@hoganlovells.com
aaron.paul@hoganlovells.com

*Attorneys for Proposed Intervenor-Defendant
Nevada Power Company*

Lewis and Roca LLP
50 West Liberty Street,
Suite 410
Reno, Nevada 89501

128927-1

\\DE - 031485/000009 - 481313 v1