UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MOAPA BAND OF PAIUTES and
SIERRA CLUB,

    Plaintiffs,

vs.

UNITED STATES BUREAU OF LAND
MANAGEMENT, *et al.*,

    Defendants,

and

NEVADA POWER COMPANY,

    Proposed Intervenor-Defendant.

Case No.   2:10-CV-02021-KJD-(LRL)

**SCHEDULING ORDER**

UPON CONSIDERATION of the parties' Joint Motion for Expedited Briefing Schedule and approval of the parties' Stipulation on Surface-Disturbing Activity and Briefing Schedule, and for good cause shown, the Court hereby ORDERS that the parties shall comply with the following briefing schedule:

1.    Defendants, the United States Bureau of Land Management ("BLM"), Amy Leuders, in her official capacity as acting Nevada State Director for BLM, and Ken Salazar, in his official capacity as the Secretary of the Department of the Interior (collectively, the "Federal Defendants") served the initial administrative record on all parties on March 23, 2011 via Federal Express for delivery on March 24, 2011.

2.    Plaintiffs, the Moapa Band of Paiutes and the Sierra Club (collectively, "Plaintiffs") and defendant-intervenor, Nevada Power Company ("NPC" or "Defendant-Intervenor") shall provide any requests for amendment of or inclusion of additional documents in

the administrative record to the Federal Defendants, with copies of such requests to all other parties, on or before April 6, 2011.

3. On or before April 13, 2011, the Federal Defendants shall serve all parties with their response to any requests for amendment of or inclusion of additional documents in the administrative record.

4. The Federal Defendants shall serve and lodge the administrative record with the Court on or before April 18, 2011.

5. Plaintiffs and Defendant-Intervenor shall file any motion to amend or supplement the administrative record on or before April 18, 2011.

6. The parties shall file any responses to any motions to amend or supplement the administrative record on or before April 29, 2011.

7. Plaintiffs shall file their motion for summary judgment on or before May 13, 2011.

8. Federal Defendants and Defendant-Intervenor shall file their oppositions to Plaintiffs' motion and cross-motions for summary judgment on or before June 10, 2011.

9. Plaintiffs' shall file their opposition to Federal Defendants' and Defendant-Intervenor's cross-motions and reply in support of their own motion for summary judgment on or before July 15, 2011.

10. Federal Defendants and Defendant Intervenor shall file their replies in support of their summary judgment motions on or before August 5, 2011.

11. The Parties will abide by the following page limitations:  Plaintiffs' motion for summary judgment will be no more than 50 pages.  Federal Defendants' and Defendant-Intervenor's oppositions to Plaintiffs' motion and cross-motions for summary judgment will be no more than 50 pages each.  Plaintiffs' opposition to Federal Defendant's and Defendant-Intervenor's cross-motions and reply in support of their own motion for summary judgment will be no more than 50 pages.  Federal Defendants' and Defendant-Intervenor's reply in support of their summary judgment motions will be no more than 30 pages each.

SO ORDERED this __24__ day of __March__, 2011.

_____
United States District Judge