DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOAPA BAND OF PAIUTES and SIERRA CLUB,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>RON WENKER, Nevada State Director for the Bureau of Land Management, and<br><br>KEN SALAZAR, Secretary of the United States Department of the Interior,<br><br>　　　　　Defendants. | Case No. 2:10-CV-02021-KJD-LRL |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Rachel K. Bowen to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Bowen is an attorney with the Department of Justice, Environment and Natural Resources Division, an agency of the federal government. She is a member in good standing of the Maryland State Bar. The attorney contact information is as follows:

> Rachel K. Bowen
> Rachel.Bowen@usdoj.gov
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Phone: 202-616-4119
> Fax: 202-305-0506
> Email: Rachel.Bowen@usdoj.gov
>
> *Express Deliveries:*
> 601 D Street N.W. Room 3204
> Washington D.C. 20004

Accordingly, the United States respectfully requests that an order be issued allowing Rachel K. Bowen to practice before this honorable Court.

DATED this 3rd day of June 2011.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    /s/ Blaine Welsh
    BLAINE T. WELSH
    Assistant United States Attorney


    IT IS SO ORDERED:

    UNITED STATES DISTRICT JUDGE
    DATED: June 13, 2011

# CERTIFICATE OF SERVICE

I, Blaine T. Welsh, AUSA, hereby certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Christopher W Mixson
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
3556 E. Russell Rd.
Las Vegas, Nevada 89120
702-341-5200   Fax: 702-341-5300
Email: cmixson@wrslawyers.com

Daniel Galpern, *Pro Hac Vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
541-359-3243
Email: galpern@westernlaw.org

Megan A O'Reilly, *Pro Hac Vice*
208 Paseo del Pueblo Sur
Taos, New Mexico 87571
575-613-4195
Email: anderson@westernlaw.org

*Attorneys for Plaintiffs*

Aaron M Paul, *Pro Hac Vice*
Hogan Lovells US LLP
1200 17th Street
Denver, Colorado 80202
303-454-2587   Fax: 303-899-7333
Email: aaron.paul@hoganlovells.com

Daniel J Dunn, *Pro Hac Vice*
Hogan Lovells US LLP
1200 17th Street
Denver, Colorado 80202
303-454-2426   Fax: 303-899-7333
Email: dan.dunn@hoganlovells.com

Jennifer L. Biever
Hogan Lovells US LLP
1200 Seventeenth Street
Denver, Colorado 80202
303-454-2410   Fax: 303-899-7333
Email: jennifer.biever@hoganlovells.com

E. Leif Reid
Lewis and Roca, LLP
50 W. Liberty Street, Suite 410
Reno, Nevada 89501
775-321-3415   Fax: 775-823-2929
Email: lreid@lrlaw.com

*Attorneys for Defendant-Intervenors*

DATED this 3rd day of June 2011.

 */s/ Blaine Welsh*
BLAINE T. WELSH
Assistant United States Attorney